UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-273-RJC
1:09-cr-57-RJC-1

| | |
|---|---|
| BRYAN KEITH NOEL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Compel Issuance of Show Cause Order, (Doc. No. 11). The Court has already dismissed Petitioner's Motion to Vacate for lack of jurisdiction. See (Doc. No. 9). Therefore, the instant motion is denied as moot.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's Motion to Compel Issuance of Show Cause Order, (Doc. No. 11), is **DENIED** as moot.

Signed: March 6, 2018

Robert J. Conrad, Jr.
United States District Judge

1